AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| David Lee Judd | ) Case: 1:21-mj-00334 |
|  | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 3/23/2021 |
| **Date of Birth:**  XXXXXXXX | ) Description: Complaint w/ Arrest Warrant |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _January 6, 2021_ in the county of _____ in the _____ in the District of _Columbia_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111(b) | Assaulting, Resisting, or Impeding Certain Officers of Employees |
| 18 USC 231(a)(3) | Civil Disorder |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Tonya Sturgill Griffith, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/23/2021

*Judge's signature*

City and state: Washington D.C.

G. Michael Harvey, Magistrate Judge
*Printed name and title*