AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>David Lee Judd<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00334<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 3/23/2021<br>Description: Complaint w/ Arrest Warrant |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ **David Lee Judd** _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ☒ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

18 USC 111(b) Assaulting, Resisting, or Impeding Certain Officers of Employees
18 USC 231(a)(3) Civil Disorder

Date:     03/23/2021

Digitally signed by
G. Michael Harvey
Date: 2021.03.23
15:15:40 -04'00'

*Issuing officer's signature*

City and state:  Washington D.C.

G. Michael Harvey, Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 3/23/2021 , and the person was arrested on *(date)* 3/26/2021 at *(city and state)* Carrollton, Texas. | | |
| Date: 3/26/2021 | | *Arresting officer's signature* |
| | | Special Agent Robert Francis<br>*Printed name and title* |