UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:21CR40 |
| | ) | Status Hearing: October 4, 2021 |
| **DAVID LEE JUDD** | ) | |

### DAVID JUDD'S MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE

David Lee Judd ("Mr. Judd"), through counsel, respectfully moves this Court for an Order modifying conditions of his release. Specifically, he requests that the conditions of location and monitoring and home detention be lifted. Mr. Judd has been under home detention since May 13, 2021. He has not incurred a single violation. Mr. Judd's probation officer consents to this motion and agrees that location monitoring and home detention are not required to supervise Mr. Judd.[1] In support of this Motion, counsel states:

1. Mr. Judd was arrested in his home in Dallas, Texas on March 26, 2021. *See* Arrest Warrant, Doc. No. 5. He waived a detention hearing in the arresting district. On April 16, 2021, Mr. Judd was charged by Indictment with one count of 8 U.S.C. § 111 (Assaulting, Resisting, or Impeding Certain Officers or Employees); one count of 18 U.S.C. § 111(b) (Assaulting, Resisting, or Impeding Certain Officers or Employees While Using a Deadly or Dangerous Weapon); one count of 18 U.S.C. § 1512(c)(2) (Obstruction of an Official Proceeding); one count of 18 U.S.C. § 231(a)(3) (Certain Acts During Civil Disorder); one count of 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly

---

[1] The government does not consent to this request at this time. Undersigned counsel has provided Mr. Judd's probation officer's contact information to the government.

1

or Dangerous Weapon); one count of 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A) (Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon); one count of 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building); and one count of 40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings). Each of these alleged offenses stem from the events at the Capitol on January 6th, 2021.

2. It took over one month for Mr. Judd to be transferred to this District. He was arraigned at his initial appearance on April 30, 2021. Undersigned counsel was appointed at the initial appearance and a detention hearing was held on May 12, 2021.

3. Following the detention hearing, Mr. Judd was ordered released with conditions, including location monitoring and home detention. *See* Doc. No. 60 (Order setting conditions of release). Mr. Judd was released on May 13, 2021, and returned to his home in Texas.

4. Since his release, Mr. Judd has been supervised by Probation Officer Fred Forman. He has incurred no violations of release.

5. Mr. Forman agrees that it would be appropriate to remove conditions of location monitoring and home detention. Mr. Forman is available should the Court wish to consult with him.[2]

6. Mr. Judd is a 35-year-old with no history of violence or prior convictions. He is a college graduate and has earned a degree in hospitality management. He is currently employed full-time at "Total Wine" and works part-time for the Dallas Cowboys,

---

[2] Undersigned counsel will provide chambers with Mr. Forman's contact information should the Court wish to speak to him directly.

managing concession stands when the team plays at the Dallas stadium.  He teaches Bible study at his church and volunteers with the Fallen Officers Foundation.  Mr. Judd's past record and his record on pre-trial release demonstrate that he is neither a flight risk or a danger to the community.

Conclusion

For the reasons stated herein and any others that appear to the Court, Mr. Judd respectfully moves the Court to remove conditions of home detention and electronic monitoring.  A proposed Order is attached for the Court's review.

Respectfully submitted,

David Judd

By Counsel

\_\_\_/s/_____
Elizabeth Mullin
Virginia Bar Number 86668
DC Bar Number 484020
Assistant Federal Public Defender

Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0879 (T)
(703) 600-0880 (F)
Elizabeth_Mullin@fd.org (email)

CERTIFICATE OF SERVICE

      I hereby certify that on September 23, 2021, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                      ___/s/_____
                                            Elizabeth Mullin
                                            Virginia Bar Number 86668
                                            DC Bar Number 484020
                                            Assistant Federal Public Defender