UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-cr-40 (TNM) |
| : | |
| **DAVID LEE JUDD,** : | |
| **Defendant.** : | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for leave, pursuant to Local Criminal Rule 47, to file its surreply attached as Exhibit A, to defendant David Lee Judd's Reply in support of his Motion to compel Discovery in Support of Mr. Judd's Claim of Selective Prosecution (ECF No. 157). In that reply, the Defendant raises for the first-time new authorities and arguments not previously raised in his motion to compel (ECF No. 138). Accordingly, in order to properly respond and to clarify the record, the United States respectfully seeks leave to file the attached surreply.

WHEREFORE, for these reasons, the United States requests that this motion for leave to file be granted and that its surreply, attached as Exhibit A, be filed upon the docket.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By: *(signature)*
**MELISSA JACKSON**
Assistant United States Attorney
D.C Bar Number 996787
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 815-8585
Email: Melissa.Jackson@USDOJ.GOV

JOCELYN BOND
Assistant United States Attorney
Email: Jocelyn.Bond@usdoj.gov
KIMBERLEY C. NIELSEN
Assistant United States Attorney
Email: Kimberley.Nielsen@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 21-cr-40 (TNM)** |
| : | |
| **DAVID LEE JUDD,** : | |
| **Defendant.** : | |

**[PROPOSED] ORDER**

Upon consideration of the government's Motion for Leave to File, it is this _____ day of November 2021, ORDERED:

For good cause show, the government's Motion for Leave to File is granted and its surreply, attached as Exhibit A to the government's motion, shall be docketed by the Clerk of Court.

_____
JUDGE TREVOR MCFADDEN
UNITED STATES DISTRICT JUDGE