UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID LEE JUDD,<br><br>          Defendant. | Crim. Action No. 1:21CR40-TNM |

## MOTION TO APPOINT CRIMINAL JUSTICE ACT COUNSEL

David Lee Judd, through undersigned counsel, respectfully moves this Court to appoint Criminal Justice Act attorney, Edward J. Ungvarsky, to assist the undersigned in this matter. In support of this Motion, counsel states:

1. Mr. Judd is before the Court charged with felony offenses arising from the events on January 6, 2021, at the U.S. Capitol. A trial is scheduled for October 4, 2022.

2. The undersigned is an Assistant Federal Public Defender.[1] The undersigned has trials scheduled in other January 6 cases on August 19 and October 24, 2022, before Judges Chutkan and Sullivan, respectively. Therefore, assuming Mr. Judd's trial commences on October 24, 2022, the undersigned will be in back-to-back trials August through October 2022.

---

[1] The undersigned is currently with the Office of the Federal Public Defender for the Eastern District of Virginia, Alexandria Division. As of March 14, 2022, undersigned counsel will be an Assistant Federal Public Defender with the Federal Public Defender for the District of Columbia.

3. At the status hearing in this matter, counsel requested that the Court appoint CJA attorney Edward Ungvarsky to assist in Mr. Judd's matter. Mr. Ungvarsky has appeared in this district and is a member of the CJA bar. The Court indicated that such appointment may be acceptable and directed counsel to file a Motion.

4. Accordingly, Mr. Judd, through counsel, moves this Court to appoint Mr. Ungvarsky to this matter. A proposed Order is attached for the Court's consideration.

>Respectfully submitted,
>
>David Lee Judd
>
>By Counsel
>
>\_\_\_/s/_____
>Elizabeth Mullin
>Virginia Bar Number 86668
>DC Bar Number 484020
>Assistant Federal Public Defender
>
>Office of the Federal Public Defender
>1650 King Street, Suite 500
>Alexandria, Virginia 22314
>(703) 600-0879 (T)
>(703) 600-0880 (F)
>Elizabeth_Mullin@fd.org (email)