# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Crim. Action No. 1:21-CR-40 (TNM)** |
| **v.** | : | |
| | : | |
| **DAVID LEE JUDD,** | : | |
| | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of undersigned counsel as co-counsel with AFPD Elizabeth Ann Mullin on behalf of the defendant, David Lee Judd, in the above-captioned case, *nunc pro tunc*, as of March 8, 2022, pursuant to CJA appointment (ECF No. 243).

Respectfully Submitted,

/s/ EDWARD J. UNGVARSKY
Edward J. Ungvarsky
DC Bar No. 459034
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
Counsel for David Lee Judd
Office - 571 207 9710
Cellular – 202 409 2084
ed@ungvarskylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served ECF to the government and all registered recipients on this 11th day of April, 2022.

/s/ EDWARD J. UNGVARSKY
Edward Ungvarsky