# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID LEE JUDD,<br><br>　　　　　Defendant. | **Crim. Action No. 21CR40(TNM)** |

## MR. JUDD'S *CONSENT* MOTION TO EXTEND DEADLINE FOR FILING OF HIS PRETRIAL MOTIONS BY ONE WEEK

The defendant, David Lee Judd, through counsel, respectfully moves this Court to extend the time by which his pretrial motions are due by one week from June 3, 2022 to June 10, 2022. The government has been advised of this motion and its bases thereof, and the government advises that it consents to this motion. In support of this motion, Mr. Judd, through counsel, provides the following on information and belief:

1. Mr. Judd's pretrial motions are due on June 3, 2022.

2. Counsel has personal and professional conflicts that require counsel to seek a one-week extension of time in which to file motions.

3. Specifically, Mr. Ungvarsky's conflicts are as follows: He is out of town on June 1-2, 2022 for work. Mr. Ungvarsky's daughter graduates from high school on June 4-5, 2022. Two sets of grandparents are arriving for the graduation to stay at Mr. Ungvarsky's home as early as June 2, 2022. Mr. Ungvarsky is out of town again for a case in another jurisdiction on June 6-7, 2022. Mr. Ungvarsky has an appellate brief due on May 31, 2022, a potentially dispositive state court pleading for the case

of the out-of-the-area June 6-7 trip scheduled to be filed on May 31, 2022, and motions for a Virginia case with a July trial date also due on June 3, 2022.

4. Mr. Judd's trial is scheduled for October 3, 2022.

5. The government will not be prejudiced by a one-week delay in the filing of the motions.

6. Mr. Judd concurs to an extension of time of one week for the government to respond to any pretrial motions that he files.

WHEREFORE, the defendant, David Lee Judd, respectfully moves this Court to extend the time in which his pretrial motions are due by one week – from June 3, 2022 to June 10, 2022.

Respectfully Submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500


_____/s/_____
EDWARD J. UNGVARSKY
Ungvarsky Law, PLLC
114 N. Alfred Street
Alexandria, VA 22314
(571) 207-9710