UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 21-cr-40 (TNM) |
| v. | ) |
| | ) |
| PATRICK EDWARD MCCAUGHEY, III, ET AL. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney **Melissa Jackson**, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,
Matthew M. Graves
United States Attorney
D.C. Bar Number 481052

BY:      /s/ *Melissa Jackson*
Melissa Jackson (D.C. Bar No. 996787)
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Columbia
601 D ST. NW
Washington, DC 20530
(202) 252-7786
Melissa.Jackson@usdoj.gov