UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID LEE JUDD,<br><br>　　　　　Defendant. | Crim. Action No. 1:21-CR-40 (TNM) |

### MR. JUDD'S MOTION ADOPT AND JOIN MOTIONS TO EXCLUDE, ECF NOS. 304 AND 310

David Lee Judd, hereby moves the Court to join and adopt Steven Cappuccio's Motion to Exclude Evidence (ECF No. 304) and Federico Klein's Motion to Exclude Evidence (ECF No. 310). The government has charged Mr. Judd together with Mr. Klein and Mr. Cappuccio and their arguments to exclude irrelevant and prejudicial evidence apply equally to Mr. Judd.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　A.J. KRAMER
　　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER


　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　ELIZABETH MULLIN
　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　625 Indiana Avenue, N.W., Suite 550
　　　　　　　　　　　　　　　　　Washington, D.C.  20004
　　　　　　　　　　　　　　　　　(202) 208-7500


　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　EDWARD J. UNGVARSKY

Ungvarsky Law, PLLC
114 N. Alfred Street
Alexandria, VA 22314
(571) 207-9710