UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DAVID LEE JUDD,**<br><br>       **Defendant.** | **Crim. Action No. 21CR40(TNM)** |

## MR. JUDD'S NOTICE

David Judd, through undersigned counsel, hereby notices the Court and the government that, without waiving the arguments in his Motion to Dismiss Count Thirty-Five (Civil Disorder), ECF No. 254, he will not file a Reply to the Government's Opposition.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500


_____/s/_____
EDWARD J. UNGVARSKY
Ungvarsky Law, PLLC
114 N. Alfred Street
Alexandria, VA 22314
(571) 207-9710