UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **DAVID LEE JUDD,** <br><br> **Defendant.** | **Crim. Action No. 21CR40(TNM)** |

## MR. JUDD'S NOTICE

David Judd, through undersigned counsel, hereby notices the Court and the government that, without waiving the arguments in his Motion to Dismiss Counts thirty-eight and forty-six, charging violations of 18 U.S.C. Section 1752, ECF No. 256, he will not file a Reply to the Government's Opposition.

                                                                          Respectfully Submitted,

                                                                          A.J. KRAMER
                                                                          FEDERAL PUBLIC DEFENDER


                                                                          _____/s/_____
                                                                          ELIZABETH MULLIN
                                                                          Assistant Federal Public Defender
                                                                          625 Indiana Avenue, N.W., Suite 550
                                                                          Washington, D.C.  20004
                                                                          (202) 208-7500


                                                                          _____/s/_____
                                                                          EDWARD J. UNGVARSKY
                                                                          Ungvarsky Law, PLLC
                                                                          114 N. Alfred Street
                                                                          Alexandria, VA 22314
                                                                          (571) 207-9710