UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID LEE JUDD,<br><br>        Defendant. | Crim. Action No. 1:21-CR-40 (TNM) |

## MR. JUDD'S MOTION TO ADOPT, JOIN, AND SUPPLEMENT MOTION TO COMPEL, ECF NO. 355

David Lee Judd, hereby moves the Court, to permit him to join defendant Robert Morss's Motion to Compel communications between the Department of Justice and the House Select Committee ("the Committee."). In addition to these communications, Mr. Judd moves the Court to compel the government to timely disclose the transcripts of witnesses produced in connection with the Committee Hearings.

On June 23, 2022, undersigned counsel sent a written request for the transcripts. The government has not yet responded. Undersigned counsel understands from public filings that the government has acknowledged the transcripts are discoverable and will be producing the transcripts in another case. *See United States v. Nordean et al*. 1:21CR175, ECF. No. 414. Mr. Judd moves the Court to order the same production in Mr. Judd's case.

Wherefore the foregoing reasons and any others that appear to the Court, Mr. Judd moves the Court to permit him to adopt defendant Morss's Motion to Compel and supplements that Motion with a request for witness transcripts produced in connection with the House Select Committee's January 6 hearings.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500


_____/s/_____
EDWARD J. UNGVARSKY
Ungvarsky Law, PLLC
114 N. Alfred Street
Alexandria, VA 22314
(571) 207-9710