UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID LEE JUDD,<br><br>        Defendant. | Crim. Action No. 1:21-CR-40 (TNM) |

## MR. JUDD'S MOTION TO ADOPT, JOIN, AND SUPPLEMENT MOTION TO CONTINUE TRIAL, ECF. NO. 360

David Lee Judd, hereby moves the Court, to permit him to join five of his co-defendants' Motion to continue, ECF. No. 360, for the reasons stated in that Motion. In addition, though government counsel in this matter has not responded to defense counsel's requests regarding transcripts produced by the House Select Committee ("the Committee"), undersigned counsel have become aware that the Committee will be releasing over 1000 witness transcripts in September. This will leave Mr. Judd (and the government) insufficient time to review the transcripts for potential *Brady* information and/ or Rule 16 material by the October 3, 2022, trial date.

Wherefore the reasons stated herein and in ECF. No. 360, Mr. Judd moves to join the Motion to continue the trial in this matter. (ECF N0. 360).

                                              Respectfully Submitted,

                                              A.J. KRAMER
                                              FEDERAL PUBLIC DEFENDER

_____/s/_____
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500


_____/s/_____
EDWARD J. UNGVARSKY
Ungvarsky Law, PLLC
114 N. Alfred Street
Alexandria, VA 22314
(571) 207-9710