UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID LEE JUDD,<br><br>    Defendant. | Crim. Action No. 1:21-CR-40 (TNM) |

## MR. JUDD'S CONSENT MOTION TO EXTEND TIME TO FILE PROPOSED JURY INSTRUCTIONS AND VOIR DIRE

David Lee Judd, through counsel, hereby moves the Court to extend by which he must file proposed jury instructions and voir dire. Mr. Judd is joined with eight other defendants in a group Indictment, which has been divided into two groups for trial. Mr. Judd is in group II and his trial is set for October 3, 2022. Per the Court's Minute Order, group II's proposed jury instructions and voir dire is to be submitted by August 16, 2022. Mr. Judd is engaged in continuing negotiations with the government, which are highly likely to result in resolution short of trial. He has also moved to continue his trial and has agreed to waive his right to a jury trial. Counsel understands that another defendant in group II has moved for a continuance and the Court is considering a trial date for group II defendants in February, 2023.

In light of these combined factors, Mr. Judd, through counsel, respectfully moves the Court to extend time for filing proposed jury instructions and voir dire to a time at which such filings are apparently necessary and timely.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500


_____/s/_____
EDWARD J. UNGVARSKY
Ungvarsky Law, PLLC
114 N. Alfred Street
Alexandria, VA 22314
(571) 207-9710