CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )     Criminal Case No.: 21-cr-40-3 (TNM)
)
DAVID LEE JUDD )
)
)

## WAIVER OF TRIAL BY JURY

    With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____
Trevor N. McFadden

United States District Judge

Date: 8/23/22