UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **DAVID LEE JUDD,** <br><br> **Defendant.** | **Crim. Action No. 1:21-CR-40 (TNM)** |

### MR. JUDD'S MOTION FOR PERMISSION TO TRAVEL

David Lee Judd is before the Court pending sentencing after entering into a stipulated trial agreement with the government. He has been fully compliant with conditions of release since May, 2021. Initially, he was released to home detention. *See* ECF. No. 60 (Order setting conditions of release). After successful compliance with the stringent conditions of home detention, this Court granted his Motion to be "stepped down" to a curfew. *See* Minute Order, 10/20/21.

Mr. Judd works two jobs and is an active participant at this church, the Fellowship Church, located near Mr. Judd's home in Grapevine, Texas. The pastor at the church has invited Mr. Judd to attend a church-sponsored prayer group in Colorado Springs, Colorado, which will take place September 12 through September 19, 2022. Mr. Judd is prepared to provide verification of the event and itinerary to his Probation Officer.

Undersigned counsel has spoken to Mr. Judd's Probation Officer, Ms. Arterburry, who represented that her office does not take a position on proposed

travel. However, she confirmed that Mr. Judd has been fully compliant with conditions of release. Undersigned counsel has shared Ms. Arterburry's contact information with government counsel. However, as of the filing of this Motion, undersigned counsel has not heard from government counsel as to the government's position.

Wherefore the reasons stated herein and the record in this case, Mr. Judd moves the Court to enter an Order granting this Motion and permitting him to travel to Colorado for a prayer group, departing September 12, 2022, and returning to his home in Texas on September 19, 2022.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500


_____/s/_____
EDWARD J. UNGVARSKY
Ungvarsky Law, PLLC
114 N. Alfred Street
Alexandria, VA 22314
(571) 207-9710