## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Action No. 1:21-CR-40 (TNM) |
| DAVID LEE JUDD, | |
|         Defendant. | |

## MR. JUDD'S MOTION TO AMEND HIS CONDITIONS OF RELEASE BASED ON U.S. PROBATION'S RECCOMMENDATION THAT ELECTRONIC MONITORING BE REMOVED

David Lee Judd, through counsel, respectfully moves this Court to follow the recommendation of his United States Probation Officer and remove electronic monitoring as a condition of his release.[1] In support of this Motion, counsel states:

1. David Judd is before the Court pending sentencing after having entered into a stipulated trial agreement whereby he agreed to certain conduct, which occurred on January 6, 2021, at the U.S. Capitol. Sentencing is scheduled on February 7, 2022.

2. Mr. Judd has been under supervision in the Eastern District of Texas since May 2022. Initially, he was placed on home detention. After successful completion of six months of home detention, this Court ordered that he be

---

[1] An email stating the Probation Officer's recommendation is attached as Exhibit 1. The government opposes this request.

monitored via electronic monitoring but removed Mr. Judd from home detention. *See* Minute Entry, 10/4//2021.

3. On October 25, 2022, undersigned counsel received an email from Shalonda Arterburry indicating that Probation is recommending that his release conditions be revised and that his electronic monitor be removed.

4. Counsel has since twice reached out to the government to ascertain its position on this request. Counsel has not yet heard back.

5. Based on Mr. Judd's perfect record of compliance with conditions of release and Probation's recommendation, Mr. Judd moves the Court to order that electronic monitoring may be removed as a condition of release.

6. A proposed Order is attached for the Court's consideration.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500


_____/s/_____
EDWARD J. UNGVARSKY
Ungvarsky Law, PLLC
114 N. Alfred Street
Alexandria, VA 22314
(571) 207-9710