# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Crim. Action No. 1:21-CR-40 (TNM)** |
| **DAVID LEE JUDD,** | |
| **Defendant.** | |

## MR. JUDD'S MOTION FOR PERMISSION TO TRAVEL

David Lee Judd is before the Court pending sentencing after entering into a stipulated trial agreement with the government. He has been fully compliant with conditions of release since May 2021. Initially, he was released to home detention. *See* ECF. No. 60 (Order setting conditions of release). After successful compliance with the stringent conditions of home detention, this Court granted his Motion to be "stepped down" to a curfew. *See* Minute Order, 10/20/21. This Court has previously granted Mr. Judd's motion to travel to a church retreat. *See* Minute Order, 9/8/2022. He attended that trip without incident.

Mr. Judd's family is holding a series of family memorial services for his grandmother and his uncle, who passed this time in 2021 and 2022, respectively. The services will take place in Florida on February 2 through February 6, 2023. Mr. Judd would need to leave Florida to return to Texas, where he resides, on February 7, 2023. Mr. Judd is prepared to provide verification of the event and itinerary to his Probation Officer.

Mr. Judd's Probation Officer, Ms. Arterburry, has represented that her office does not take a position on proposed travel. However, she confirmed that Mr. Judd has been fully compliant with conditions of release. Undersigned counsel has previously shared Ms. Arterburry's contact information with government counsel. The government represents that it defers to the Court on this request.

Wherefore the reasons stated herein and the record in this case, Mr. Judd moves the Court to enter an Order granting this Motion and permitting him to travel to Florida for memorial gatherings with family, departing on or about February 2, 2023, and returning to his home in Texas on February 7, 2023.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500


_____/s/_____
EDWARD J. UNGVARSKY
Ungvarsky Law, PLLC
114 N. Alfred Street
Alexandria, VA 22314
(571) 207-9710