**EXHIBIT 1: LETTERS TO THE COURT IN SUPPORT OF DAVID JUDD**

Jessica Judd



January 17th, 2023

Dear Judge McFadden,

My name is Jessica Judd and I am the younger sister of David Judd. I am a third-grade teacher and have been an educator in Texas for the past eight years. David and I have a 6-year age gap between us, and growing up with David as my big brother includes some of my most favorite memories. As a child, I used to follow David and his friends around, and he would always include me in some way to make me feel special, even though I was the annoying litte sister. Other precious memories include David and I spending time with both of our grandmothers who have passed. With our grandma, we would watch Jeopardy, Scrabble, and other card games together, and he would always somehow make everything more exciting and fun. Today, David and I share a love for family game nights, and love to laugh together with our family. David has always been friendly and is naturally gifted at making people feel comfortable. He brings fun and excitement to any situation.

David is strong in his faith and I know that he is remorseful for his conduct from January 6th. Whenever I heard about what had happened, I was embarrassed and expressed disappointment in him. David has always been genuine and kind to all, so this behavior did not reflect his character. I know he feels remorse for his actions. When I expressed my feelings about being embarrassed about this situation, he was apologetic that his actions also affected his family's life. I believe he has learned his mistake and is living a life that reflects this.

David has always been a great son, brother, grandson, and cousin. He helps my mom financially and is a hard worker with any job he has ever had. He has always supported me as an educator. He is strong in his faith and has been a member of the Fellowship Church in Grapevine for many years. After January 6th, David started to attend church more frequently and multiple times within a week. Because he is strong in his faith, I know that his is because he is remorseful yet hopeful for forgiveness.

It is my hope that this letter will act as a positive and contributing factor when the court considers his conduct. David made a mistake and has learned how his actions from this day have not only affected his life, but people in danger by contributing to the chaos of that day, and also affected the lives of his friends and family members. I love my brother for many reasons, and hope that the court can consider that this day does not define David's character.

Sincerely,

Jessica Judd

Cheryl Conley

███████████
███████████

January 30, 2023

The Honorable Judge McFadden

United States District Court

For the District of Columbia

Dear Judge McFadden,

I am the mother of David Judd. I have worked at the same company since 1986, All World Travel. I have also lived at the same address above for just as long. I have two children, David being the oldest, and my daughter Jessica, who teaches third grade in Irving, Texas. Throughout their childhood, I was very involved in their school being on many positions of our local PTA, as well as booster club positions for their activities throughout school. They both had a great childhood with parental involvement throughout their childhood. They both graduated with honors, and both graduated from college.

David is a wonderful son, who I have depended on throughout these last few years. The Covid pandemic put a halt to the travel business for a few years, putting our family in financial hardships, as well as my mother and brother passing away during the Covid pandemic as well. David was the one who took care of my mother and moved back home to do so, since she needed 24 hour care. I needed help and he took over helping her with her physical therapy, oxygen machines, medicines, meals, daily hygiene, and he did this on his own without me asking for help. He did train to do this to perfection. Never once did he ever complain. To be honest, I do not know where I would be today without the help of my son, David.

During the time David was home with my mom, my husband had an accident at work, and David was the one who assisted the family during this crisis as well, as my job was slowly coming back after the pandemic. He assisted with his recovery. David also always helped us financially. I myself, have been diagnosed with health issues these past few years and depend upon David for daily care.

When the children were growing up they were members of Aldersgate United Methodist Church, where both went through confirmation, and attended regularly until graduation. Faith has always been a very important part of their lives. I have seen David grow over the last ten years in his faith at Fellowship church, where he was involved in the Creative Team, fellowship, volunteering at every event, and leading church groups.

When I lost my dear brother in January, 2022, to Covid, it was David who was there for me, planning our travels, and being there emotionally for me. My brother was only 64, and died suddenly in the hospital.

I am writing this letter for a chance to evaluate David's character.  We are very close and I know he went to DC, on Jan 6, 2021, to attend Trump's rally. We have a family chat on our phone, I was planning on attending the rally as well that day, but could not make it.  At no time ever have we or David discussed during our family chats that David was attending to over throw the government or cause a riot.  He went to support Donald Trump at the rally.  He worked on his campaign in Maine a month before the election of 2020, and was there in DC that day to support the President.  He does know that what he did while he was there that day was wrong, and I know in my heart he means it.  I pray for leniency for my son.

Respectfully,

Cheryl Conley

Dear Honorable Judge McFadden,

My name is Jay Conley and I am writing on behalf of David Judd. I work as a Licensed Plumbing Quality Control Manager for a home service company in the DFW metroplex area. Having worked with the public over 45 years, I feel that I have developed a keen ability to detect the personality of others. I wish to relate my observations that I have noticed about David since our first meeting, nearly 6 years ago. David's mother,Cheryl, and I were High School sweethearts. After many long years and several states apart, we reconnected and eventually married. I am technically David's step-father, but feel that he is my son as well. He is the son that I never had but always wanted. In these 6 years, I have noticed David's remarkable faith in God, man, and country. His incredible passion and dedication to any challenge is rare, yet overwhelming. He is a man of  several diverse talents. Whether it is music, cooking, construction, or faith. He strives for optimal results in all avenues that he pursues. He and I constructed a deck in our backyard. Once the deck was completed David took it upon himself to take it to the next level. A product of his own design, he added railing and a covered roof. Needless to say that this not only added beauty, but additional value to our home.

David's help around the home has never been questioned on my part. I was off work several months after surgery and David assisted with my recovery. He not only provided financially, but with everyday household chores and directed my home rehabilitation therapy. This was not the only time he had assisted. When his grandmother, in her late 80's at the time, came to visit and became ill. David provided extensive nursing care. Such as meals, daily hygiene, and respiratory therapy. David has the ability to educate himself  with particular items, or duties. He makes sure that he does them procedurally and correctly. Obtaining optimal results in the process. Not having a particular knowledge or background in nursing care, David learned the procedural aspects of respiratory therapy, including proper use of the medical equipment necessary. Additionally, David has been able to provide for the household as well. During COVID, David's mother's business came to an abrupt halt. He was able to provide emotional and financial support to get us through these tough times.

David's faith has led him to a commitment to God and church, Fellowship Grapevine . Aside from past events held by his church, those that have included presentations and community involvement, David currently attends his church a minimum of twice a week. His leadership in singles groups have enlightened and comforted others with their own daily life. Along with coping with societal issues. Despite his own current situation, he provides others with anecdotes ,observations and advice. I have spoken with several of his peers from his church. They have all shared an individual story about David. They have all included ,that how through David's advice and guidance , they have been able to overcome many obstacles.  After their conversation, this one particular individual, had said that their decision was based more on logical terms than an emotional response. David had provided advice that he now wish he had used on a particular day in question.

Per conversations with David, I understand that he feels a great remorse for a portion of his actions on this eventful day. I say a portion, because many of his actions not wrong. He helped people get up who had been pushed down in the crowed. He also helped people who had suffered from the contact and inhalation of dispersed gas. I'm certain that many of us have said, in the past, I wish I knew then what I do now. David has reiterated this statement and regrets deeply, his negative actions.  I have witnessed this firsthand. Through this endeavor, David has refocused his sights on the future. Wanting to work with a small start up company, possibly his own, and settling down and starting a family of his own. I have expressed to him that I am disappointed on certain behavior, but admire his helpfulness of those in need. I have seen a change for the better in David. He has determined to himself that he must put his efforts into motion to secure a safe and productive future. David has prepared for the next chapter in his life. This next chapter will be determined on the upcoming sentencing. I feel that David is a person of good moral character. The world is a better place with a man such as David. He has such a positive approach that he passes on to others. He should not be judged by a momentary lapse of reason.

I understand that this letter is a chance to evaluate David's character. I also have realized that this may be my only chance to discuss the impact that the final decision will have on our family.  A sentencing does not only

affect the individual being sentenced, but the entire family as well. David's mother is the glue that holds this family together. This ordeal has affected her physically and mentally. These sort of things have a ripple effect ,but the first wave starts with my wife, Cheryl. I plea for her, her well being and emotional stability. For without her this family is torn apart. I plea for leniency, but respectfully accept your final determination. Thank you for your time.

 Respectfully,

Jay Conley

January 23, 2023

The Honorable Judge McFadden

United States District Court for the District of Columbia

Dear Judge McFadden,

My name is Kathy Woodsmall. I am David Judd's aunt. I have worked thirty years in the travel agency. I presently work for Amazon Air.

I have known David since the day he was born. David was raised with strong Christian values. Family is very important to him. He is a son, brother, good neighbor and friend to many. I know David to be compassionate, a good listener, patient and kind. I have watched David unselfishly spend time with his grandmother Mimi. Mimi had lung cancer. David assisted her with daily routines making sure she ate and took her medicine. David had a calming effect on her.

David is a person of good moral character and who has a great deal of integrity and a strong work ethic. I know he wants to move forward and lead a good life by example. We all love him very much.

Please do not hesitate to contact me if you should require further information.

Respectfully,

Kathy Woodsmall

███████
████████████
████████
████████████████

January 2023

The Honorable Judge McFadden

United States District Court

for the District of Columbia

Dear Judge McFadden:

My name is Shannon Woodsmall. I am David Judd's aunt. I have been in the travel services industry for thirty years, and am currently employed with AMEX Travel.

I have been very close with David since the day he was born. In fact, he lived with my parents and I for a while when he was very young, during the time his mom was going through a painful divorce. I've always found David to be extremely caring and considerate. He's also very protective of his mom, his younger sister, a cousin with severe disabilities and his "Mimi", who has since passed on.

During his grandmother "Mimi's" life, and especially near the end, he showed great compassion and gentleness for her. For an extended period while she stayed in his mom's home in Texas, David took it upon himself to provide much of her daily care. She suffered from advanced macular degeneration and lung cancer. David installed brighter lights and grab rails in the bathroom to help her see better and to provide stability. He helped with her physical therapy and positioned objects and furnishings in the home to prevent accidental falls. He cooked her favorite meals, ran errands for her, made sure she took her medications and encouraged her to stay hydrated. When she spent an extended time in the hospital and later in a nursing home, David regularly visited with her. She loved his company and mentioned many times how she was uplifted by it.

I know David to be respectful, loyal and willing to lend a hand no matter what the task. He enjoys spending time with family, working on projects around the home and attending church. We keep in close and regular contact via our family group chat. At no time in any of our communications or interactions was there ever a mention of civil disobedience. Knowing David, I am confident he understands the seriousness of this matter and has taken it to heart.

If you have need of any further information or clarification, please feel free to contact me.

Respectfully,

Shannon Woodsmall

| | |
|---|---|
| **From:** | David Judd |
| **To:** | Elizabeth Mullin |
| **Subject:** | Letter from uncle Mark Woodsmall |
| **Date:** | Thursday, February 9, 2023 9:17:28 PM |

EXTERNAL SENDER

My name is Mark Woodsmall. I am a 64-year-old US Army veteran that has for the last few years been on disability. More importantly for this matter, I am David Judd's uncle and brother of his mother Cheryl.

I've had the pleasure of knowing, observing and interacting with David throughout his entire life. Cheryl and I both have children and I've always had a close relationship, even through our families have generally lived miles apart. As a youngster, David had a great compassion and tolerance regarding my oldest son, who is profoundly autistic and mentally retarded. He would always be eager to help roll his wheelchair around all to the parks in the Orlando area well on our annual family vacations. I observed them on multiple occasions showing compassion and empathy for those who need it most. When we had a family emergency and had to move to Dallas, David was instrumental in helping my three sons adopt to their new surroundings in Texas. His help under those since January 6 I have spent quite amount of time with David. Since our families live states apart we've grown closer through our family group text, and I'm convinced that he was in no way part of any planned events that happened that day. He has shown remorse for getting caught up in the mob mentality that transpired that afternoon. David had no intent to break any laws, hurt anyone, or stop any legal proceedings underway. David has always been honest with me, and I have no reason to not believe him in this matter.

I am asking you to show as much mercy as a law will allow, david is already spent several months incarcerated in another 18 months or so under harsh probation and house arrest.

With great respect,

Mark woodsmall

Sent from my iPhone

## CHARACTER REFERENCE FOR MR. DAVID JUDD

To: Honorable Judge McFadden
United States District Court for the District of Columbia

From: A. M. (Rubi) Deslorieux
Colleague and friend of Mr. David Judd

Dear Judge McFadden,

I have known Mr. David Judd for over one year. We worked together at Total Wine & More as members of the Service Team with the main purpose of creating a "trusted advisor role" with our customers. We have worked together on various customer service and selling programs. I have found David to be a very hard worker and a positive and creative team player. He was always willing to share his time and insights with all members of the group.

By way of example, David and I worked on a customer presentation/educational workshop and I had invested a significant of time in preparation of the project. David carefully and respectfully listened to what I had proposed and while he thought that it was a suitable approach, he wanted me to consider ways in which it could be further improved. He did not push or force his suggestions, knowing that I had already invested a lot of time and preparation on the project. Rather, David calmly showed me a pedagogically more efficient way to get the same information across to the audience. I accepted his approach and indeed the workshop was a great success and we received rave reviews from the audience!

David is always concerned about other people's feelings and affairs and he is more than willing to bring creative ideas and insights to any situation being addressed. He is very insightful, collaborative, hardworking and generous with his time and is keen to offer suggestions and ways to improve any project in which he is involved.

He brings a certain sense of positivity, enthusiasm, fun and a "can do" attitude to projects. He has a gentle and disarming demeanor. David has an infectious and uplifting energy. He is always willing to help others and to ensure that he leads by example in seeking solutions and positive ways in which to solve problems.

I consider David to be a friend, artistic leader/visionary, project collaborator and trusted advisor and would want to always have him on my team.


Sincerely Yours,

*[signature]*

A. M. (Rubi) Deslorieux

January 27, 2023

The Honorable Judge McFadden
United States District Court
for the District of Columbia

Dear Judge McFadden,

My name is Fermin S. Rodriquez and I am writing of behalf of David Judd. I work at Total Wine & More ███████████████ Texas. I am 67 years old and feel I am a pretty good judge of character. I have known David for approximately 2 years.

David was my coworker in the spirits department with three other employees. We worked closely together and we became friends as well. This gave us opportunity to know each other on a personal level as well as professionally. I found him to be an honest and hardworking person, always thoughtful of others in his job and personal relationships. He would go out of his way to assist existing customers and cultivate relationships with new clients.

From our conversations, it was evident that he cares very much about family. He helps his father and mother financially and checks on them regularly. He is also a man of faith. He attends church on Sundays and Wednesdays and is quick to volunteer anytime his church needs help with fundraisers or activities.

With regard to his involvement with the January 6 incident, I have had several conversations with David about what took place that day. When we discussed the event, he expressed that he 'got caught up in the moment' and never had any intent to harm anyone. He was a staunch Trump supporter, as am I, and he realizes now that there were more positive ways to support his candidate.

When I asked him about his future, he said that he was wrong with the action he took and regrets it everyday. In his words, it was a huge mistake in his life. He is very remorseful! He says he has learned a valuable lesson and now put all his trust in the Lord to guide him to lead a good life.

My opinion of David remains the same—he is a Christian man of good character and morals.

I respectfully ask you to consider these things as you deliberate on his sentencing. I honestly believe he will move forward with good judgment in his future endeavors.

With respect,

Fermin Rodriquez

| | |
|---|---|
| **From:** | Marc Pelissie |
| **To:** | Elizabeth Mullin |
| **Subject:** | David Judd |
| **Date:** | Friday, February 3, 2023 1:53:30 AM |

EXTERNAL SENDER

Dear Judge McFadden,

I writing to you today in behalf of David Judd. I am his current direct supervisor and have a decades long background of experience in financial services, sales, marketing, consulting, education, training, leadership development, as well as public, humanitarian and ecclesiastical service and mentorship in all the communities I have lived. I am also a hobby farmer but most importantly, I am a man of faith, a husband to my wife, a father to my children and a deeply patriotic individual with a sincere love of my country and a reverence for The Constitution and the rule of law.

It is my business, and has been for many years, being in positions of executive leadership in both starts-ups, as well as seasoned multi-billion dollar companies, to identify people with potential. People who have enough humility to be taught, and enough character to honor the employment opportunities they are presented with. It is not an exact science, but rather a developed sense based upon the premise that, "the worth of a soul is great in the eyes of God." When I come across people who are in a state of personal reflection, looking for change and ready to be mentored, my interest is peaked. Such was the case when one of my newest junior partners approached David to offer our company's services.

I had heard from that very young, and very green individual, how kind and patient David was with him as he fumbled through the recently memorized script. More commonly, these new recruits are met with hostility and insult so this exchange caught my attention. I was particularly touched, and grateful, because this young recruit is my 18 son, who is trying to earn money to serve a 2 year church mission before he heads to college.

I called David on the phone and his voice and demeanor confirmed what had been reported to me and I asked if I could come meet with he and his family. When I met him at the door, I was a bit taken aback at his appearance. While I do my best not to judge a book by it's cover, the tattoos, the old ear piercings and his haircut gave me pause. However, as I spent several hours with he and his family, a very clear picture began to take shape of a very kind, gentle and genuine individual. To see how he interacted with his mother and his concern for her well being was nothing short of remarkable. She had just worked a very long day and he wanted to make sure she was fed as he was hustling to make her dinner while simultaneously trying to make time for me.

What I observed was a family that has a deep and abiding love of God, each other, their community and generally concerned for the well being of others. Seeing it from more than just David, as a generational way of being, made me want to offer him a job. Learning of his desire to help his parents through an extremely difficult financial hardship through job losses and a string of bad luck made me want to hire him even more! And hire him I did.

As I have had the pleasure of getting to know David over the last several weeks, I have been delighted to see him work so hard in his training, seeking to lift others who are struggling and help them with personal insights to further their comprehension and understanding. I have

seen him dress differently, choosing button up long sleeve dress shirts and slacks. He goes out of his way to offer a genuine hand of friendship to his new team mates and making himself available to them outside of work hours to offer additional help to practice what is being learned in training. He is finding passion for what we do to improve the lives of our customers. He has the natural gifts of a mentor; thoughtful, generous and empathetic with a desire make the world around him a better place. There was a particular training we did last week on choosing positivity in the face of adversity that he was so excited to share with his Wednesday evening Bible study group that he leads. He was just as excited the next day to share with us how that had helped those struggling in that group deal with their own personal challenges.

David did share with me the struggles that he and his family have been through since that fateful day on January 6th, 2021. How it has been hard to keep employment being associated with the negative connotation that being at the capital that day has brought him. I could see and hear the heartache that this has inflicted on his mother in particular, who yearns for her son to be able to get past this experience and make his way in life. In all the conversations I have had with David, his focus is not about dwelling on the past, though he is seemingly remorseful about it. He is not bitter in spite of these setbacks, he is calm and focused on the opportunities of the future and sinking his teeth into a new career opportunity while taking care of his family and continuing his service within his church.

Being an ecclesiastical leader in my own church community for the last several decades, I believe David to be someone deserving of a chance at redemption and that his community would be better off with him than without him.


Sincerely,


Marc Pélissié
Executive Senior Partner
Apex Energy Solutions
Dallas-Fort Worth Market
Mobile: 801.787.2308
Email: mpelissie@apexenergygroup.com
https://smex-ctp.trendmicro.com:443/wis/clicktime/v1/query?url=www.apexenergygroup.com&umid=fa699ea8-736b-424d-b52e-cc7062153acd&auth=1df1f085f9872ea2d58bdd51b9d3d31c0819ec50-9f11d39c5aee9b0bd6905f05ae8f0528287d740e

Je parle français

| | |
|---|---|
| **From:** | Ingrid Lukacs |
| **To:** | Elizabeth Mullin |
| **Subject:** | David Judd-Personal Character Leter |
| **Date:** | Friday, February 3, 2023 12:16:10 PM |

**EXTERNAL SENDER**

Dear Honorable Judge McFadden,

This letter is my personal character reference for David Judd. My name is Ingrid Lukacs. I work at Ventiv Technology as a Platform Consultant where I have been employed for 3 years. Previously, I worked at Macy's Corporate Services as a Systems Manager. That is where I met Shannon Woodsmall, my fiancé'. Shannon is David Judd's aunt. I've known David now for 12 years.

Shannon and I would take trips to Dallas to visit her family, where David resides. I have always known David to be a kind and compassionate person. David and I have different political beliefs but that never seemed to be an issue while spending time with him. He has always been a wonderful host while we stay with him and his family. David also took care of Shannon's mother while she was ill. He helped her with her physical therapy, cooking meals and giving her the attention she needed when it was most critical. This relieved a lot of pressure from Shannon and the rest of the family as they knew she was in good hands.

While I don't agree with what David did on January 6th, I never once felt threatened by him in the times we've been together. I know he feels remorse for what happened that day. If you need any further information, please feel free to contact me at ███████████.

Respectfully,

Ingrid Lukacs

January 27, 2023

Dear Judge McFadden,

My name is Amy and I have known David for the past year and a half. I have a 12year old daughter and I work for a design center here in the Dallas/Fort Worth area. We met at church and since then we have become close friends; so I know him pretty well. Every Wednesday night, David and I host, and lead our church group for bible study and fellowship. One of the first things I noticed about David when I first met him, is his passion and love for the Lord. I didn't even know anything about David at the time except for the simple fact that when he is in church, his focus, energy, and mind are spent worshiping God, and with those around him.

David is a very passionate person. He loves ALL people. I believe this is why David is so patriotic. He truly, deeply cares for his country and the value it holds for the children he wants so badly in the future. I don't blame him. This country is great! It's heartbreaking to see it go downhill. This past year for Memorial Day, David and I spent the entire day going around to different spots and placing flags on the graves of soldiers that have passed. He has always told me that he wants to be remembered for doing something great. Being there on January 6th was so special to him, standing there singing the National Anthem and holding the American flag; until ciaos broke out. David has expressed to me that he deeply regrets the actions on that day.

David is one of the best people I know. Truly. The way he is with my daughter is beyond precious to me and he will always hold a special place in both of our hearts. He has spent a great deal of time with my daughter and has taught her so many things her nonexistent "father" doesn't. He by far plays an important role in her life, and for that alone I am grateful!

There was one time late at night David had called me in tears. He had told me that he just got off from work and walked outside to his car to go home only to see an old lady sleeping on the side of the building. It was cold out that night and she didn't have anything. David went to her and asked what she needed. From what I recall, the lady wasn't feeling well and didn't even have the basic necessities to survive outside. He told me she didn't even have socks to wear. David always puts others before himself. Always. He had gone over to the nearest store and got a bunch of things she would need; including a pack of socks. After that, David had all of us at the church make bags for the homeless and pass them out. He is very humble and doesn't take credit for any of it. His heart is very genuine and in the right place. He would give the shirt off his back for anyone that needed it. He is always the first one to jump up and volunteer for whatever is needed.

I thank you for your time in reading this,

Amy Thayer

| | |
|---|---|
| **From:** | Sarah Forshaw |
| **To:** | Elizabeth Mullin |
| **Subject:** | Character letter for David Judd |
| **Date:** | Monday, February 13, 2023 10:07:52 PM |

EXTERNAL SENDER

Hi Judge McFadden,

My name is Sarah Forshaw. I am writing on behalf of David Judd. I have known David Judd for about two years now through Fellowship Church. We are both in the same small group. David is one of the kindest people I've ever met. David shows great leadership. David will lead our small group during the week. David has gotten the small group together to put homeless bags together to send out to the homeless. David will help out a family member or friend in need. David has even reached out to me with my grandmother passed away to see how I was doing. I understand the situation that David is in and he truly regrets it. I hope my letter will help David Judd on his behalf.

Sincerely,
Sarah Forshaw