**EXHIBIT 3: LETTER TO THE COURT FROM DAVID JUDD**

Dear the Honorable Judge McFadden,

First, I want to apologize in being a part of what I now know was a terrible day in American history. I am ashamed and embarrassed to be associated with it. I also apologize to all of the police officers that were there that day. And I apologize to the workers and people who were inside the Capitol building. Looking back after the heat of the moment and looking at the videos on the internet and that my lawyers showed me, I can understand how awful and terrifying that day was and I am sincerely sorry for my part in it.

I did not come from Texas with a plan to stop any vote or keep President Trump in power.  I really just wanted to hear his speech and protest election fraud. I was a lawful gun owner but I did not bring a firearm because I knew they are illegal in DC.  I got downtown very early so I could get a good seat and I listened to all the speeches. After the speeches, the crowd was really hyped up. People were talking about protesting to delay the vote so Mike Pence could send it back for a recount. President Trump himself made it seem like that was what we should do. At that time, it made sense to me. I know now what I should have known then that it wasn't right. Anyway, I walked with everyone from the speeches towards the Capitol and heard that people were going in. I found myself in what people call the tunnel. It was really chaotic and packed with people, people were pushing and shoving and things were getting out of control. Looking back at that time, I wish so badly that I had just left. I stupidly tossed a sparkler into the tunnel. I honestly did not think it would hurt anyone and don't have a good explanation for what I did. I see how stupid and dangerous it was. I apologize to any officers and anyone else who was there or who saw the video who were mentally traumatized by what I did and from having to respond to the mob that I was part of. I pray to God to accept my repentance. I will regret that act for the rest of my life.

 My decisions that day have really messed my life up. After taking the plea last year I have lost three jobs. I have finally found a company that believes in me, Apex Energy. I am one of three people that did get chosen for the team and I am very successful in this role with the company.  I pray I get to stay with my employment. Right now, I am helping to support my mom and stepdad. My mom really relies on me.  I am worried for her if I go to prison.

I have looked to my fellowship group at church for guidance and hope these past two years.  I know they were disappointed in me, but I am grateful for their faith in me and not letting me go. Right now, I lead our young church group as well as volunteer at the church. I would like to continue my work with the church. It's been an honor for me these last 12 years to have served others through the church. We do massive food drives, supplies and resources, and disaster relief programs throughout the community and the world and this has helped me especially in the past two years to ground me and put things into perspective.

Your Honor, I know what I did was illegal and wrong. I please ask that you consider my repentance and my family that needs me when you sentence me.  I thank you for your time


Respectfully

David Lee Judd