```
 1           UNITED STATES DISTRICT AND BANKRUPTCY COURTS
                     FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA      Criminal No.  21-CR-00040

 4        v.                       Washington, D.C.

 5   DAVID LEE JUDD,               April 30, 2021

 6            Defendant.           2:30 p.m.

 7   -------------------------/

 8                  TRANSCRIPT OF ARRAIGNMENT
               BEFORE THE HONORABLE G. MICHAEL HARVEY
 9                UNITED STATES MAGISTRATE JUDGE

10   APPEARANCES:

11   For the Government:    United States Attorney's Office
                            By: MELISSA JACKSON, ESQUIRE
12                          601 D Street, NW
                            Washington, D.C.  20004
13

14   For the Defendant:     Federal Public Defender
                            By: ELIZABETH MULLIN, ESQUIRE
15                              MICHELLE PETERSON, ESQUIRE
                            625 Indiana Avenue, NW
16                          Washington, D.C. 20004

17


18
     Court Reporter         Lisa K. Bankins RMR FCRR RDR
19                          United States District Court
                            District of Columbia
20                          333 Constitution Avenue, NW
                            Washington, D.C. 20001
21


22


23   Proceedings recorded by mechanical stenography,
     transcript produced by notereading.
24

25
```

```
 1                    P R O C E E D I N G S
 2              THE COURTROOM DEPUTY:  This is Case 21-CR-40,
 3   United States of America versus David Judd.  This is
 4   scheduled to be an initial appearance and an arraignment.
 5   Will the parties please introduce themselves to the Court
 6   beginning with the government.
 7              MS. JACKSON:  AUSA Melissa Jackson for the
 8   government.
 9              MS. MULLIN:  Good afternoon, Your Honor.
10   Elizabeth Mullin from the Office of the Federal Public
11   Defender in the Eastern District of Virginia appearing
12   here for Mr. Judd if the Court would be so kind as to
13   appoint me.
14              MS. SCHUCK:  And Christine Schuck with Pretrial
15   Services.
16              THE COURT:  I had a note here that he had
17   retained counsel.  That's not what's happening here, Ms.
18   Mullin?
19              MS. MULLIN:  I just had a moment to speak with
20   Mr. Judd in a breakout room and he indicated that he is
21   seeking appointment of counsel.  So I don't think he's
22   retained.
23              THE COURT:  I don't believe that we've received
24   the financial affidavit.  So I'm going to ask him
25   eligibility questions then, Ms. Mullin.
```

1           MS. MULLIN:  Yes, Your Honor.
2           THE COURT:  Mr. Tran, please swear in the
3  defendant.
4           THE COURTROOM DEPUTY:  Mr. Judd, do you solemnly
5  swear that the answers you are about to give will be the
6  truth, so help you God?
7           THE DEFENDANT:  I do.
8           THE COURT:  Can you please just state your name
9  for the record?
10          THE DEFENDANT:  Yes, Your Honor.  David Judd.
11          THE COURT:  Mr. Judd, I'm going to ask you a few
12 questions.  As I understand, you're seeking appointment of
13 counsel.  The purposes of these questions is to determine
14 whether or not you have -- you're eligible for appointment
15 of counsel, whether or not you have sufficient money to go
16 hire your other attorney.  Okay?  That's why I'm asking
17 you these questions.  My first question is do you have a
18 lawful source of income, a job, for example, that produces
19 more than $75,000 a year?
20          THE DEFENDANT:  No, Your Honor.  I do not.
21          THE COURT:  How much money do you have in the
22 bank approximately?
23          THE DEFENDANT:  I'd say less than two to four
24 thousand, Your Honor.
25          THE COURT:  Okay.  Do you have any other major

1 assets other than a vehicle?
2 THE DEFENDANT: No, Your Honor.
3 THE COURT: Do you own a home?
4 THE DEFENDANT: I do not own a home, Your Honor.
5 THE COURT: Now, Mr. Judd, I do find you're
6 eligible for appointment of counsel and I will appoint
7 Ms. Mullin, who has told me is an Assistant Federal Public
8 Defender in the Eastern District of Virginia. Is that
9 correct, Ms. Mullin?
10 MS. MULLIN: Yes, Your Honor.
11 THE COURT: All right. She will be your
12 attorney. Do you consent to her being your attorney?
13 THE DEFENDANT: Thank you. And yes, Your Honor.
14 I do.
15 THE COURT: Ms. Mullin, does Mr. Judd waive his
16 right to an in-person proceeding and is he prepared to
17 proceed by video here today pursuant to the CARES Act
18 because of the pandemic?
19 MS. MULLIN: Yes, Your Honor.
20 THE COURT: Okay. It looks like there has
21 already been an initial appearance in the Eastern District
22 of -- was it Texas? Is that where you're from, Mr. Judd?
23 THE DEFENDANT: Yes, Your Honor.
24 THE COURT: Okay. All right. Good enough. I
25 think there's a request for detention and Mr. Judd is

1  seeking a detention hearing in this jurisdiction.  Is that
2  correct, Ms. Jackson?
3              MS. JACKSON:  Yes, Your Honor.  That is correct.
4              THE COURT:  Okay.  So, Ms. Mullin, when do you
5  want to schedule the detention hearing?
6              MS. MULLIN:  Ms. Jackson and I had discussed a
7  date of May 12th in the afternoon if the Court is
8  available.
9              THE COURT:  Okay.  Mr. Tran, May 12th before
10 Judge Meriweather.  What's a good time can you suggest for
11 a detention hearing?
12             THE COURTROOM DEPUTY:  I think tentatively for 3
13 p.m. subject to the availability of Northern Neck.
14             THE COURT:  Okay.  Well, we're going to try to
15 schedule this for 3 p.m. then on May 12th for a detention
16 hearing.  And that obviously is beyond the three days to
17 which Mr. Judd is entitled.  Are you prepared, Ms. Mullin,
18 to waive his right to an earlier detention hearing so that
19 you can prepare?
20             MS. MULLIN:  I am, Your Honor.  I don't know if
21 this has been addressed with Mr. Judd.  May I have a
22 moment in the breakout room with him again or --
23             THE COURT:  Sure.
24             MS. MULLIN:  Okay.  I appreciate that.
25             THE COURT:  And then I hope you've reviewed the

1  indictment because I do plan on doing the arraignment here
2  today.
3              MS. PETERSON:  I can jump in for a moment.
4  Michelle Peterson, Assistant Federal Public Defender.  I
5  stepped in to help Ms. Mullin because I knew she was going
6  to be delayed today getting here and I did go over both
7  the indictment with Mr. Judd and discuss with him that
8  Ms. Mullin was going to need time to get prepared for the
9  detention hearing.  So I think we can probably -- unless
10 Mr. Judd feels the need to have a breakout before that
11 decision today, I think that probably would be good.
12             THE COURT:  Ms. Mullin, is that okay?
13             MS. MULLIN:  That's fine with me if Mr. Judd
14 feels that he's been advised by Ms. Peterson.  Thank you,
15 Ms. Peterson.
16             THE COURT:  Mr. Judd, did you have an
17 opportunity to discuss those issues with Ms. Peterson?
18             THE DEFENDANT:  We briefly went over the whole
19 indictment.  I think it would be best to talk to
20 Ms. Mullin.
21             THE COURT:  Okay.  I'm happy to give you the
22 chance.  Go right ahead.  Ms. Mullin, I don't mean to rush
23 this along.  You're his new attorney.  Take a moment and
24 talk to him.
25             THE DEFENDANT:  Thank you, Your Honor.

```
1                THE COURT:  Mr. Tran, put them in a breakout
2    room.
3                THE DEFENDANT:  Thank you.
4                (Ms. Mullin and the defendant were placed in a
5    breakout room.  After which, the following took place:)
6                THE COURT:  All right.  Ms. Mullin, did you have
7    an opportunity to speak to him?
8                MS. MULLIN:  Yes, Your Honor.  I've advised
9    him -- I reviewed the indictment with him as has
10   Ms. Peterson.  At this time he enters a plea of not
11   guilty.
12               THE COURT:  Well, let me just do this.  This is
13   my practice.
14               MS. MULLIN:  Okay.  I'm sorry, Your Honor.
15               THE COURT:  I review the indictment.  I always
16   review it with the defendant because I know it's going to
17   repeat what you probably have already done.  But I don't
18   know if a judge has ever walked him through and this might
19   be different from an earlier complaint in the case.
20               So, Mr. Judd, I'm just going to review this
21   indictment with you now as well.  You do face -- there's a
22   nine-count indictment against you.  There's two counts of
23   assaulting, resisting or impeding certain officers in
24   violation of 18 USC, Section 111(a)(1).  That charge
25   carries up to eight years in jail, a fine of $250,000 or
```

1  both and the Court could impose up to three years of
2  supervised release.
3       There's also one count of assaulting, resisting
4  or impeding against certain officers. This is in
5  violation of -- I think the first count is an aiding and
6  abetting count. This one is directly against you under
7  (a)(1) up to 20 years in jail, a fine of $250,000 and
8  three years in jail -- I'm sorry -- three years of
9  supervised release. There's also one count of obstructing
10 an official proceeding in violation of 18 USC, Section
11 1512(c)(2). That charge carries with it up to 20 years in
12 jail, a fine of $250,000 or both and up to three years of
13 civil -- three years of supervised release with one count
14 of civil disorder in violation of 18 USC, Section
15 231(a)(3). That charge carries up to five years in jail
16 or $250,000 or both and three years of supervised release.
17      There's one count of disorderly and disruptive
18 conduct in a restricted building or ground in violation of
19 18 USC, Section 1752(a)(2). That charge carries up to ten
20 years in jail, a fine of $250,000 or both. That's also a
21 charge of (b)(1)(a) -- in violation of 1752(b)(1)(a)
22 because that was performed with a deadly or dangerous
23 weapon.
24      There's one count of engaging in physical
25 violence in a restricted building or ground with a deadly

1  or dangerous weapon.  Again this is a violation of 18 USC,
2  Section 1752(a)(4) and (b)(1)(a).  That charge carries ten
3  years in jail, a fine of $250,000 or both.
4         There's one count of disorderly conduct in the
5  Capitol building in violation of 40 USC, Section
6  5104(e)(2)(d).  That charge carries up to six months in
7  jail, a fine of $5,000 or both.
8         Finally, you are charged with engaging in an act
9  of physical violence on the grounds of the Capitol
10 building in violation of 40 USC, 5104(e)(2)(f).  That
11 charge carries with it up to six months in jail, a fine of
12 $5,000 or both.
13        Mr. Judd, now is the time for your arraignment.
14 This is a very short, but it's an important proceeding for
15 you formally to be notified of the charges brought against
16 you by the United States.  You will have an opportunity to
17 enter a plea.  But you don't need to say anything.  Ms.
18 Mullin will do all the talking.
19        Ms. Mullin, having reviewed the indictment with
20 the defendant and just being told what he presently faces
21 and the charges he faces in the indictment, does he waive
22 formal reading and how does he plead?  Guilty or not
23 guilty?
24        MS. MULLIN:  Your Honor, he waives further and
25 formal reading and enters a plea of not guilty as to all

1  counts and requests a trial by jury.
2          THE COURT:  All right.  I will enter a plea of
3  not guilty on your behalf, Mr. Judd, to all counts in the
4  indictment.
5          I will also set the next date in this case to be
6  May 12th for purposes of a detention hearing.
7          Mr. Tran, did you say 3 p.m. would work do you
8  believe?
9          THE COURTROOM DEPUTY:  Yes, judge.
10         THE COURT:  All right.  And is there any request
11 with respect to speedy trial between now and then,
12 government?
13         MS. JACKSON:  Yes, Your Honor.  We'd ask that
14 the time be tolled in the interest of justice given the
15 voluminous discovery and complexity of the case.
16         THE COURT:  Ms. Mullin, any objection to that?
17         MS. MULLIN:  Not at this time, Your Honor.
18         THE COURT:  Okay.  Well, then we will -- I will
19 toll all time between now and the next date, May 12th, for
20 purposes of any calculation of the Speedy Trial Act based
21 on the representation that you find that such an exclusion
22 would serve the interest of justice and outweigh the
23 interest of the defendant and the public in a speedy
24 trial.
25         Ms. Jackson, anything further we need to do here

```
1   today?
2           MS. JACKSON:  No, Your Honor.  I've alerted Ms.
3   Mullin that there is currently a status set on the 4th in
4   front of a district judge.
5           THE COURT:  And who is that judge?
6           MS. JACKSON:  McFadden.
7           THE COURT:  McFadden.  All right.  Judge
8   McFadden.
9           All right.  So, Mr. Judd, your next is going to
10  be in front of Judge McFadden on the 4th and then you'll
11  be back here in front of a different magistrate judge,
12  Judge Meriweather.  She will handle the detention hearing
13  on the 12th.
14          Ms. Mullin, anything more we need to do here
15  today?
16          MS. MULLIN:  No, Your Honor.  Thank you.
17          THE COURT:  All right then, guys.  Everyone is
18  excused.
19          MS. MULLIN:  Thank you, Your Honor.
20          (Proceedings concluded.)
21
22
23
24
25
```

## CERTIFICATE OF REPORTER

I, Lisa K. Bankins, an Official Court Reporter for the United States District Court for the District of Columbia, do hereby certify that I transcribed via audiotape in my official capacity the proceedings had and testimony adduced upon the arraignment in the case of the United States of America versus David Lee Judd, Criminal Number 21-CR-00040, in said court on the 30th day of April, 2021.

I further certify that the foregoing 11 pages constitute the official transcript of said proceedings, as taken from my machine shorthand notes, together with the backup tape of said proceedings to the best of my ability.

In witness whereof, I have hereto subscribed my name, this 3rd day of May, 2023.

*Lisa K. Bankins*

Lisa K. Bankins
Official Court Reporter

 MS. JACKSON: [5]  2/7 5/3 10/13 11/2
 11/6
 MS. MULLIN: [15]
 MS. PETERSON: [1]  6/3
 MS. SCHUCK: [1]  2/14
 THE COURT: [32]
 THE COURTROOM DEPUTY: [4]  2/2
 3/4 5/12 10/9
 THE DEFENDANT: [11]  3/7 3/10 3/20
 3/23 4/2 4/4 4/13 4/23 6/18 6/25 7/3

**$**

$250,000 [6]  7/25 8/7 8/12 8/16 8/20
 9/3
$5,000 [2]  9/7 9/12
$75,000 [1]  3/19

**0**

00040 [2]  1/3 12/9

**1**

11 [1]  12/12
111 [1]  7/24
12th [6]  5/7 5/9 5/15 10/6 10/19 11/13
1512 [1]  8/11
1752 [3]  8/19 8/21 9/2
18 [5]  7/24 8/10 8/14 8/19 9/1

**2**

20 [2]  8/7 8/11
20001 [1]  1/20
20004 [2]  1/12 1/16
2021 [2]  1/5 12/10
2023 [1]  12/18
21-CR-00040 [2]  1/3 12/9
21-CR-40 [1]  2/2
231 [1]  8/15
2:30 [1]  1/6

**3**

30 [1]  1/5
30th [1]  12/9
333 [1]  1/20
3rd [1]  12/18

**4**

40 [3]  2/2 9/5 9/10
4th [2]  11/3 11/10

**5**

5104 [2]  9/6 9/10

**6**

601 [1]  1/12
625 [1]  1/15

**A**

abetting [1]  8/6
ability [1]  12/15
about [1]  3/5
act [3]  4/17 9/8 10/20
addressed [1]  5/21
adduced [1]  12/7
advised [2]  6/14 7/8
affidavit [1]  2/24
After [1]  7/5
afternoon [2]  2/9 5/7
again [2]  5/22 9/1
against [4]  7/22 8/4 8/6 9/15

ahead [1]  6/22
aiding [1]  8/5
alerted [1]  11/2
all [12]  4/11 4/24 7/6 9/18 9/25 10/2
 10/3 10/10 10/19 11/7 11/9 11/17
along [1]  6/23
already [2]  4/21 7/17
also [4]  8/3 8/9 8/20 10/5
always [1]  7/15
am [1]  5/20
AMERICA [3]  1/3 2/3 12/8
answers [1]  3/5
any [4]  3/25 10/10 10/16 10/20
anything [3]  9/17 10/25 11/14
appearance [2]  2/4 4/21
APPEARANCES [1]  1/10
appearing [1]  2/11
appoint [2]  2/13 4/6
appointment [4]  2/21 3/12 3/14 4/6
appreciate [1]  5/24
approximately [1]  3/22
April [2]  1/5 12/10
are [3]  3/5 5/17 9/8
arraignment [5]  1/8 2/4 6/1 9/13 12/7
as [6]  2/12 3/12 7/9 7/21 9/25 12/13
ask [3]  2/24 3/11 10/13
asking [1]  3/16
assaulting [2]  7/23 8/3
assets [1]  4/1
Assistant [2]  4/7 6/4
attorney [4]  3/16 4/12 4/12 6/23
Attorney's [1]  1/11
audiotape [1]  12/6
AUSA [1]  2/7
availability [1]  5/13
available [1]  5/8
Avenue [2]  1/15 1/20

**B**

back [1]  11/11
backup [1]  12/15
bank [1]  3/22
Bankins [4]  1/18 12/3 12/21 12/22
BANKRUPTCY [1]  1/1
based [1]  10/20
be [13] 
because [5]  4/18 6/1 6/5 7/16 8/22
been [3]  4/21 5/21 6/14
before [3]  1/8 5/9 6/10
beginning [1]  2/6
behalf [1]  10/3
being [2]  4/12 9/20
believe [2]  2/23 10/8
best [2]  6/19 12/15
between [2]  10/11 10/19
beyond [1]  5/16
both [8]  6/6 8/1 8/12 8/16 8/20 9/3 9/7
 9/12
breakout [5]  2/20 5/22 6/10 7/1 7/5
briefly [1]  6/18
brought [1]  9/15
building [4]  8/18 8/25 9/5 9/10

**C**

calculation [1]  10/20
can [5]  3/8 5/10 5/19 6/3 6/9
capacity [1]  12/6
Capitol [2]  9/5 9/9
CARES [1]  4/17
carries [7]  7/25 8/11 8/15 8/19 9/2 9/6

9/11
case [5]  2/2 7/19 10/3 10/15 12/7
certain [2]  7/23 8/4
CERTIFICATE [1]  11/21
certify [2]  12/5 12/12
chance [1]  6/22
charge [8]  7/24 8/11 8/15 8/19 8/21 9/2
 9/6 9/11
charged [1]  9/8
charges [2]  9/15 9/21
Christine [1]  2/14
civil [2]  8/13 8/14
COLUMBIA [3]  1/1 1/19 12/5
complaint [1]  7/19
complexity [1]  10/15
concluded [1]  11/20
conduct [2]  8/18 9/4
consent [1]  4/12
constitute [1]  12/13
Constitution [1]  1/20
correct [3]  4/9 5/2 5/3
could [1]  8/1
counsel [5]  2/17 2/21 3/13 3/15 4/6
count [9]  7/22 8/3 8/5 8/6 8/9 8/13 8/17
 8/24 9/4
counts [3]  7/22 10/1 10/3
court [10]  1/18 1/19 2/5 2/12 5/7 8/1
 12/3 12/4 12/9 12/22
COURTS [1]  1/1
CR [3]  1/3 2/2 12/9
Criminal [2]  1/3 12/8
currently [1]  11/3

**D**

D.C [4]  1/4 1/12 1/16 1/20
dangerous [2]  8/22 9/1
date [3]  5/7 10/5 10/19
DAVID [4]  1/5 2/3 3/10 12/8
day [2]  12/9 12/18
days [1]  5/16
deadly [2]  8/22 8/25
decision [1]  6/11
defendant [7]  1/6 1/14 3/3 7/4 7/16
 9/20 10/23
Defender [4]  1/14 2/11 4/8 6/4
delayed [1]  6/6
detention [9]  4/25 5/1 5/5 5/11 5/15
 5/18 6/9 10/6 11/12
determine [1]  3/13
did [4]  6/6 6/16 7/6 10/7
different [2]  7/19 11/11
directly [1]  8/6
discovery [1]  10/15
discuss [2]  6/7 6/17
discussed [1]  5/6
disorder [1]  8/14
disorderly [2]  8/17 9/4
disruptive [1]  8/17
district [10]  1/1 1/1 1/19 1/19 2/11 4/8
 4/21 11/4 12/4 12/4
do [20]
does [3]  4/15 9/21 9/22
doing [1]  6/1
don't [6]  2/21 2/23 5/20 6/22 7/17 9/17
done [1]  7/17

**E**

earlier [2]  5/18 7/19
Eastern [3]  2/11 4/8 4/21
eight [1]  7/25

## E

eligibility [1]  2/25
eligible [2]  3/14 4/6
ELIZABETH [2]  1/14 2/10
engaging [2]  8/24 9/8
enough [1]  4/24
enter [2]  9/17 10/2
enters [2]  7/10 9/25
entitled [1]  5/17
ESQUIRE [3]  1/11 1/14 1/15
ever [1]  7/18
Everyone [1]  11/17
example [1]  3/18
exclusion [1]  10/21
excused [1]  11/18

## F

face [1]  7/21
faces [2]  9/20 9/21
FCRR [1]  1/18
Federal [4]  1/14 2/10 4/7 6/4
feels [2]  6/10 6/14
few [1]  3/11
Finally [1]  9/8
financial [1]  2/24
find [2]  4/5 10/21
fine [8]  6/13 7/25 8/7 8/12 8/20 9/3 9/7 9/11
first [2]  3/17 8/5
five [1]  8/15
following [1]  7/5
foregoing [1]  12/12
formal [2]  9/22 9/25
formally [1]  9/15
four [1]  3/23
front [3]  11/4 11/10 11/11
further [3]  9/24 10/25 12/12

## G

get [1]  6/8
getting [1]  6/6
give [2]  3/5 6/21
given [1]  10/14
go [3]  3/15 6/6 6/22
God [1]  3/6
going [8]  2/24 3/11 5/14 6/5 6/8 7/16 7/20 11/9
good [4]  2/9 4/24 5/10 6/11
government [4]  1/11 2/6 2/8 10/12
ground [2]  8/18 8/25
grounds [1]  9/9
guilty [5]  7/11 9/22 9/23 9/25 10/3
guys [1]  11/17

## H

had [5]  2/16 2/16 2/19 5/6 12/6
handle [1]  11/12
happening [1]  2/17
happy [1]  6/21
HARVEY [1]  1/8
has [5]  4/7 4/20 5/21 7/9 7/18
have [12]  3/14 3/15 3/17 3/21 3/25 5/21 6/10 6/16 7/6 7/17 9/16 12/17
having [1]  9/19
he [10]  2/16 2/20 2/20 4/16 7/10 9/20 9/21 9/21 9/22 9/24
he's [2]  2/21 6/14
hearing [8]  5/1 5/5 5/11 5/16 5/18 6/9 10/6 11/12
help [2]  3/6 6/5
her [1]  4/12
here [9]  2/12 2/16 2/17 4/17 6/16 6/6 10/25 11/11 11/14
hereby [1]  12/5
hereto [1]  12/17
him [8]  2/24 5/22 6/7 6/24 7/7 7/9 7/9 7/18
hire [1]  3/16
his [3]  4/15 5/18 6/23
home [2]  4/3 4/4
Honor [22]
HONORABLE [1]  1/8
hope [1]  5/25
how [2]  3/21 9/22

## I

I'd [1]  3/23
I'm [7]  2/24 3/11 3/16 6/21 7/14 7/20 8/8
I've [2]  7/8 11/2
impeding [2]  7/23 8/4
important [1]  9/14
impose [1]  8/1
income [1]  3/18
Indiana [1]  1/15
indicated [1]  2/20
indictment [10]  6/1 6/7 6/19 7/9 7/15 7/21 7/22 9/19 9/21 10/4
initial [2]  2/4 4/21
interest [3]  10/14 10/22 10/23
introduce [1]  2/5
is [28]
issues [1]  6/17
it [6]  4/20 4/22 6/19 7/16 8/11 9/11
it's [2]  7/16 9/14

## J

JACKSON [5]  1/11 2/7 5/2 5/6 10/25
jail [9]  7/25 8/7 8/8 8/12 8/15 8/20 9/3 9/7 9/11
job [1]  3/18
JUDD [22]
judge [10]  1/9 5/10 7/18 10/9 11/4 11/5 11/7 11/10 11/11 11/12
jump [1]  6/3
jurisdiction [1]  5/1
jury [1]  10/1
just [5]  2/19 3/8 7/12 7/20 9/20
justice [2]  10/14 10/22

## K

kind [1]  2/12
knew [1]  6/5
know [3]  5/20 7/16 7/18

## L

lawful [1]  3/18
LEE [2]  1/5 12/8
less [1]  3/23
let [1]  7/12
like [1]  4/20
Lisa [4]  1/18 12/3 12/21 12/22
looks [1]  4/20

## M

machine [1]  12/14
magistrate [2]  1/9 11/11
major [1]  3/25
May [7]  5/7 5/9 5/15 5/21 10/6 10/19 12/18
McFadden [4]  1/6 1/7 1/8 11/10
me [4]  2/13 4/7 6/13 7/12
mean [1]  6/22
mechanical [1]  1/23
MELISSA [2]  1/11 2/7
Meriweather [2]  5/10 11/12
MICHAEL [1]  1/8
MICHELLE [2]  1/15 6/4
might [1]  7/18
moment [4]  2/19 5/22 6/3 6/23
money [2]  3/15 3/21
months [2]  9/6 9/11
more [2]  3/19 11/14
Mr [4]  2/20 6/16 7/20 10/3
Mr. [18]
Mr. Judd [13]
Mr. Tran [4]  3/2 5/9 7/1 10/7
Ms [10]  2/17 2/25 4/9 6/5 6/17 7/4 9/17 10/16 11/2 11/14
Ms. [16]
Ms. Jackson [3]  5/2 5/6 10/25
Ms. Mullin [10]  4/7 4/15 5/4 5/17 6/8 6/12 6/20 6/22 7/6 9/19
Ms. Peterson [3]  6/14 6/15 7/10
much [1]  3/21
MULLIN [21]
my [6]  3/17 7/13 12/6 12/14 12/15 12/17

## N

name [2]  3/8 12/18
Neck [1]  5/13
need [5]  6/8 6/10 9/17 10/25 11/14
new [1]  6/23
next [3]  10/5 10/19 11/9
nine [1]  7/22
nine-count [1]  7/22
No [5]  1/3 3/20 4/2 11/2 11/16
Northern [1]  5/13
not [10]  2/17 3/14 3/15 3/20 4/4 7/10 9/22 9/25 10/3 10/17
note [1]  2/16
notereading [1]  1/23
notes [1]  12/14
notified [1]  9/15
now [5]  4/5 7/21 9/13 10/11 10/19
Number [1]  12/9
NW [3]  1/12 1/15 1/20

## O

objection [1]  10/16
obstructing [1]  8/9
obviously [1]  5/16
Office [2]  1/11 2/10
officers [2]  7/23 8/4
official [5]  8/10 12/3 12/6 12/13 12/22
okay [12]  3/16 3/25 4/20 4/24 5/4 5/9 5/14 5/24 6/12 6/21 7/14 10/18
one [7]  8/3 8/6 8/9 8/13 8/17 8/24 9/4
opportunity [3]  6/17 7/7 9/16
other [3]  3/16 3/25 4/1
outweigh [1]  10/22
over [2]  6/6 6/18
own [2]  4/3 4/4

## P

p.m [4]  1/6 5/13 5/15 10/7
pages [1]  12/12
pandemic [1]  4/18
parties [1]  2/5

## P

performed [1] 8/22
person [1] 4/16
PETERSON [6] 1/15 6/4 6/14 6/15 6/17 7/10
physical [2] 8/24 9/9
place [1] 7/5
placed [1] 7/4
plan [1] 6/1
plea [4] 7/10 9/17 9/25 10/2
plead [1] 9/22
please [3] 2/5 3/2 3/8
practice [1] 7/13
prepare [1] 5/19
prepared [3] 4/16 5/17 6/8
presently [1] 9/20
Pretrial [1] 2/14
probably [3] 6/9 6/11 7/17
proceed [1] 4/17
proceeding [3] 4/16 8/10 9/14
proceedings [5] 1/23 11/20 12/6 12/13 12/15
produced [1] 1/23
produces [1] 3/18
public [5] 1/14 2/10 4/7 6/4 10/23
purposes [3] 3/13 10/6 10/20
pursuant [1] 4/17
put [1] 7/1

## Q

question [1] 3/17
questions [4] 2/25 3/12 3/13 3/17

## R

RDR [1] 1/18
reading [2] 9/22 9/25
received [1] 2/23
record [1] 3/9
recorded [1] 1/23
release [4] 8/2 8/9 8/13 8/16
repeat [1] 7/17
Reporter [4] 1/18 12/1 12/3 12/22
representation [1] 10/21
request [2] 4/25 10/10
requests [1] 10/1
resisting [2] 7/23 8/3
respect [1] 10/11
restricted [2] 8/18 8/25
retained [2] 2/17 2/22
review [3] 7/15 7/16 7/20
reviewed [3] 5/25 7/9 9/19
right [11] 4/11 4/16 4/24 5/18 6/22 7/6 10/2 10/10 11/7 11/9 11/17
RMR [1] 1/18
room [4] 2/20 5/22 7/2 7/5
rush [1] 6/22

## S

said [3] 12/9 12/13 12/15
say [3] 3/23 9/17 10/7
schedule [2] 5/5 5/15
scheduled [1] 2/4
Schuck [1] 2/14
Section [6] 7/24 8/10 8/14 8/19 9/2 9/5
seeking [3] 2/21 3/12 5/1
serve [1] 10/22
Services [1] 2/15
set [2] 10/5 11/3
she [3] 4/11 6/5 11/12
short [1] 9/14

shorthand [1] 12/14
six [2] 9/6 9/11
so [9] 2/12 2/21 2/24 3/6 5/4 5/18 6/9 7/20 11/9
solemnly [1] 3/4
sorry [2] 7/14 8/8
source [1] 3/18
speak [2] 2/19 7/7
speedy [3] 10/11 10/20 10/23
state [1] 3/8
STATES [9] 1/1 1/3 1/9 1/11 1/19 2/3 9/16 12/4 12/8
status [1] 11/3
stenography [1] 1/23
stepped [1] 6/5
Street [1] 1/12
subject [1] 5/13
subscribed [1] 12/17
such [1] 10/21
sufficient [1] 3/15
suggest [1] 5/10
supervised [4] 8/2 8/9 8/13 8/16
Sure [1] 5/23
swear [2] 3/2 3/5

## T

Take [1] 6/23
taken [1] 12/14
talk [2] 6/19 6/24
talking [1] 9/18
tape [1] 12/15
ten [2] 8/19 9/2
tentatively [1] 5/12
testimony [1] 12/7
Texas [1] 4/22
than [3] 3/19 3/23 4/1
Thank [6] 4/13 6/14 6/25 7/3 11/16 11/19
that [33]
That's [4] 2/17 3/16 6/13 8/20
them [1] 7/1
themselves [1] 2/5
then [7] 2/25 5/15 5/25 10/11 10/18 11/10 11/17
there [3] 4/20 10/10 11/3
there's [8] 4/25 7/21 7/22 8/3 8/9 8/17 8/24 9/4
these [2] 3/13 3/17
think [7] 2/21 4/25 5/12 6/9 6/11 6/19 8/5
this [18]
those [1] 6/17
thousand [1] 3/24
three [7] 5/16 8/1 8/8 8/8 8/12 8/13 8/16
through [1] 7/18
time [7] 5/10 6/8 7/10 9/13 10/14 10/17 10/19
today [6] 4/17 6/2 6/6 6/11 11/1 11/15
together [1] 12/14
told [2] 4/7 9/20
toll [1] 10/19
tolled [1] 10/14
took [1] 7/5
Tran [4] 3/2 5/9 7/1 10/7
transcribed [1] 12/5
transcript [3] 1/8 1/23 12/13
trial [4] 10/1 10/11 10/20 10/24
truth [1] 3/6
try [1] 5/14

two [2] 3/23 7/22

## U

under [1] 8/6
understand [1] 3/12
UNITED [9] 1/1 1/3 1/9 1/11 1/19 2/3 9/16 12/4 12/8
unless [1] 6/9
up [9] 7/25 8/1 8/7 8/11 8/12 8/15 8/19 9/6 9/11
upon [1] 12/7
USC [7] 7/24 8/10 8/14 8/19 9/1 9/5 9/10

## V

vehicle [1] 4/1
versus [2] 2/3 12/8
very [1] 9/14
via [1] 12/5
video [1] 4/17
violation [9] 7/24 8/5 8/10 8/14 8/18 8/21 9/1 9/5 9/10
violence [2] 8/25 9/9
Virginia [2] 2/11 4/8
voluminous [1] 10/15

## W

waive [3] 4/15 5/18 9/21
waives [1] 9/24
walked [1] 7/18
want [1] 5/5
was [4] 4/22 6/5 6/8 8/22
Washington [4] 1/4 1/12 1/16 1/20
we [5] 6/9 6/18 10/18 10/25 11/14
We'd [1] 10/13
we're [1] 5/14
we've [1] 2/23
weapon [2] 8/23 9/1
well [4] 5/14 7/12 7/21 10/18
went [1] 6/18
were [1] 7/4
what [2] 7/17 9/20
what's [2] 2/17 5/10
when [1] 5/4
where [1] 4/22
whereof [1] 12/17
whether [2] 3/14 3/15
which [2] 5/17 7/5
who [2] 4/7 11/5
whole [1] 6/18
why [1] 3/16
will [11] 2/5 3/5 4/6 4/11 9/16 9/18 10/2 10/5 10/18 10/18 11/12
witness [1] 12/17
work [1] 10/7
would [5] 2/12 6/11 6/19 10/7 10/22

## Y

year [1] 3/19
years [12] 7/25 8/1 8/7 8/8 8/8 8/11 8/12 8/13 8/15 8/16 8/20 9/3
yes [10] 3/1 3/10 4/10 4/13 4/19 4/23 5/3 7/8 10/9 10/13
you [39]
you'll [1] 11/10
you're [5] 3/12 3/14 4/5 4/22 6/23
you've [1] 5/25
your [29]