UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID JUDD,<br><br>          Defendant. | Crim. Action No. 1:21CR40 (TNM) |

## MOTION TO CORRECT THE JUDGMENT

David Judd, through counsel, pursuant to Federal Rule of Criminal Procedure 36, hereby moves the Court to correct the judgment entered in this case. It has come to counsels' attention that the Judgment erroneously lists one offense of conviction as 18 U.S.C. § 111(a) and (b). Following a stipulated trial, Mr. Judd was convicted of the lesser-included offense of **18 U.S.C. § 111(a)(1)** (not subsection b) and one count 18 U.S.C. § 1512(c)(2). In support of this Motion, counsel states:

1. On August 23, 2022, Mr. Judd was convicted following stipulated trial of Count 34 (Obstruction of an Official Proceeding) and the lesser-included offense of 18 U.S.C. § 111(a)(1) for Count 22 of the Fifth Superseding Indictment. *See* Statement of Offense for Stipulated Trial, ECF. No. 433, attached hereto as Exhibit 1.

2. On February 27, 2023, this Court sentenced Mr. Judd to 32 months on both counts, to run concurrently. Following the sentencing hearing, the government moved to dismiss the remaining counts of the Indictment, in accordance with the parties' stipulated trial agreement.

3. It has come to counsels' attention that the Judgment (ECF. No. 557) erroneously lists the offense of conviction as 18 U.S.C. § 111(a)(1) and (b).

4. Federal Rule of Criminal Procedure allows a Court to correct a clerical error in judgment at any time. Fed. R. Crim. P. 43. Accordingly, counsel move the Court to correct the judgment to reflect the correct offense of conviction, 18 U.S.C. § 111(a)(1).

Wherefore the reasons herein, David Lee Judd respectfully moves the Court to correct a clerical error in the judgment to reflect the correct offense of conviction.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500